807  ROSSMAN (Twp. Treas.) vs. ADAMS (Ct. Ct. Comr), No. 12629½.

To compel respondent to grant an injunction, restraining the owners of certain lands from cutting the timber therefrom before payment of certain taxes due thereon, where the bill alleges that the chief value of the land is the timber.

Granted March 18, 1892, with costs.


808  JOHNSTON vs. CIRCUIT JUDGE (Wayne), No. 15293½.

To vacate an injunction and strike cross-bill from files.

Order to show cause denied December 17, 1895.

Relator recovered judgment against the Farmers' Fire Ins. Co., which was affirmed by the Supreme Court in July, 1895. Relator afterwards commenced suit on the appeal bond. One Cartright, who was interested in the policy upon which judgment was recovered, filed a bill in chancery against relator for an accounting, making the insurance company a party defendant, and obtained an order enjoining payment of the judgment to relator. The insurance company filed an answer in the nature of a cross-bill and obtained an order restraining the collection of the judgment and the prosecution of the suit upon the appeal bond.


809  McMULLEN AND THE BOARD OF SUPERVISORS (Cheboygan) vs. CIRCUIT JUDGE (Ingham), No. 14434, 102 M., 608.

To require respondent to dissolve an injunction restraining the issue of certain county bonds amounting to $35,000, where the resolution upon which the electors voted made the same payable in ten installments, within thirty years from the date of issue, and after a vote taken it was proposed to issue the bonds payable in fifteen years.

Denied, without costs, December 7, 1894.

Held, that the suit was properly instituted in Ingham County under How. Stat., Sec. 6612.